# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY ALLEN DAVIDSON,<br><br>Defendant. | **Case No. CR-25-91-GF-BMM**<br><br>**ORDER ON MOTION TO EXTEND SELF-SURRENDER DATE** |

Upon Defendant Cody Allen Davidson's (Davidson) Motion to Extend Self- Surrender Date (Doc. 98 ) and with good cause shown, IT IS HEREBY ORDERED that Davidson's self-surrender date is extended from October 30, 2026 to November 30, 2026.

DATED this 14th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts